**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  14-cv-00826-WJM

TANYA R. WOLF,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming Administrative Law Judge's Denial of Benefits, entered by the Honorable William J. Martínez, United States District Judge, on April 22, 2015,

    IT IS ORDERED that the Commissioner's denial of benefits is AFFIRMED.

    Dated at Denver, Colorado this 22nd day of April 2015.

    BY THE COURT:
    JEFFREY P. COLWELL, CLERK

    By:   s/Deborah Hansen
    Deborah Hansen, Deputy Clerk